PAMELA S. HOLLIS
## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARLI, MARCY L | § | Case No. 13-24876 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/17/2013 . The undersigned trustee was appointed on 06/17/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    100,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 34,908.72 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 31,666.67 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 18,414.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/24/2013 and the deadline for filing governmental claims was 12/24/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,500.00 , for a total compensation of $ 7,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2015         By: /s/PHILIP V. MARTINO
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-24876 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | CARLI, MARCY L | | | Date Filed (f) or Converted (c): | 06/17/13 (f) |
| | | | | 341(a) Meeting Date: | 08/07/13 |
| For Period Ending: | 10/26/15 | | | Claims Bar Date: | 12/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 2415 LEYDEN AVENUE, RIVER GROVE IL 60171 | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. 50 % INTEREST IN LEYDEN CREDIT UNION | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. 50 INTEREST IN FURNITURE AND APPLIANCES | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. NECESSARY CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 5. PERSONAL INJURY CLAIM FOR CAR ACCIDENT ON 5/7/2012 | Unknown | 85,000.00 | | 100,000.00 | FA |
| 6. 04 GMC ENVOY | 4,500.00 | 0.00 | | 0.00 | FA |
| 7. 2001 FORD TAURUS (DRIVEN BY SON) | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 1998 MERCURY SABLE (DRIVEN BY SON) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 2000 FORD VAN E350 | 1,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $196,800.00 | $85,000.00 | | $100,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was reopened for a personal injury matter that was not disclosed on Debtor's schedules.

Initial Projected Date of Final Report (TFR): 12/31/20    Current Projected Date of Final Report (TFR): 12/31/15

/s/    PHILIP V. MARTINO
_____    Date: 10/26/15
PHILIP V. MARTINO

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | | |
|---|---|---|
| Case No: | 13-24876 -PSH | |
| Case Name: | CARLI, MARCY L | |
| Taxpayer ID No: | *******6027 | |
| For Period Ending: | 10/26/15 | |

| | | |
|---|---|---|
| Trustee Name: | PHILIP V. MARTINO | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0034 Checking Account (Non-Interest Earn) | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  08/26/15 | | Law Offices of Parente & Norem PC | Settlement payment | | 33,424.61 | | 33,424.61 |
| | 5 | LAW OFFICES OF PARENTE & NOREM, P.C | Memo Amount:  100,000.00 | 1149-000 | | | |
| | | | Gross Settlement Payment | | | | |
| | | JORDAN LACLAIR | Memo Amount:  ( 33,333.00 ) | 3210-000 | | | |
| | | | Legal Fees for Special Counsel | | | | |
| | | CLERK OF THE CIRCUIT COURT | Memo Amount:  ( 361.00 ) | 3220-000 | | | |
| | | | Filing Fee | | | | |
| | | COOK COUNTY SHEREIFF | Memo Amount:  ( 60.00 ) | 3220-000 | | | |
| | | | Cook County Sheriff's Fee | | | | |
| | | SECRETARY OF STATE | Memo Amount:  ( 5.00 ) | 3220-000 | | | |
| | | | Secretary of State Fee | | | | |
| | | MEDICAL RECORDS | Memo Amount:  ( 503.85 ) | 3220-000 | | | |
| | | | Medical Records | | | | |
| | | JENSEN LITIGATION SERVICES | Memo Amount:  ( 387.45 ) | 3220-000 | | | |
| | | | Jensen Litigation Services Costs | | | | |
| | | MCCORKLE COURT REPORTER | Memo Amount:  ( 258.42 ) | 3220-000 | | | |
| | | | McCorkle Court Reporter Fees | | | | |
| | | ELMHURST MEMORIAL HOSPITAL | Memo Amount:  ( 3,000.00 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | ALTHLETICO PHYSICAL THERAPY | Memo Amount:  ( 100.00 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | OPTUM/UNITED HEALTHCARE | Memo Amount:  ( 22,619.73 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | BLUECROSS/BLUESHIELD | Memo Amount:  ( 4,446.94 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | CELAR CHIROPRACTIC | Memo Amount:  ( 1,500.00 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| C  09/01/15 | 005001 | Marcy L. Carli | Debtor's exemption | 8100-000 | | 15,000.00 | 18,424.61 |
| | | | Page Subtotals | | 33,424.61 | 15,000.00 | |

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 19.00

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-24876 -PSH | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CARLI, MARCY L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0034 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6027 | | |
| For Period Ending: | 10/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 18,414.61 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 100,000.00 | COLUMN TOTALS | 33,424.61 | 15,010.00 | 18,414.61 |
| | Memo Allocation Disbursements: | 66,575.39 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| * Reversed | | | Subtotal | 33,424.61 | 15,010.00 | |
| t Funds Transfer | Memo Allocation Net: | 33,424.61 | Less: Payments to Debtors | | 15,000.00 | |
| C Bank Cleared | | | Net | 33,424.61 | 10.00 | |

| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 100,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 66,575.39 | Checking Account (Non-Interest Earn - ********0034) | 33,424.61 | 10.00 | 18,414.61 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| | Total Memo Allocation Net: | 33,424.61 | | 33,424.61 | 10.00 | 18,414.61 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     10.00

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 26, 2015

Case Number: 13-24876
Debtor Name: CARLI, MARCY L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Philip V. Martino, Trustee | Administrative | | $7,500.00 | $0.00 | $7,500.00 |
| 001 3110-00 | Quarles & Brady LLP | Administrative | | $4,199.30 | $0.00 | $4,199.30 |
| 999 8100-00 | Marcy Carli<br>256 North Addision Avenue, Apt. 2<br>Elmhurst, IL  60126 | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,784.30 | $0.00 | $7,784.30 |
| 000002 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,572.66 | $0.00 | $13,572.66 |
| 000003 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $455.28 | $0.00 | $455.28 |
| 000004 070 7100-00 | Fed Loan Serv<br>Dept of Education<br>Po Box 69184<br>Harrisburg, PA 17106 | Unsecured | | $4,486.15 | $0.00 | $4,486.15 |
| | Case Totals: | | | $52,997.69 | $15,000.00 | $37,997.69 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-24876
Case Name: CARLI, MARCY L
Trustee Name: PHILIP V. MARTINO

Balance on hand                                                              $         18,414.61

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 4,183.50 | $ 0.00 | $ 4,183.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 15.80 | $ 0.00 | $ 15.80 |

Total to be paid for chapter 7 administrative expenses          $        11,699.30

Remaining Balance                                                                  $         6,715.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,298.39 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,784.30 | $ 0.00 | $ 1,987.73 |
| 000002 | Discover Bank | $ 13,572.66 | $ 0.00 | $ 3,465.79 |
| 000003 | Quantum3 Group LLC as agent for | $ 455.28 | $ 0.00 | $ 116.25 |
| 000004 | Fed Loan Serv | $ 4,486.15 | $ 0.00 | $ 1,145.54 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,715.31 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE