**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **MARCY L. CARLIE** | ) | Case No. 13-24876 |
| | ) | |
| **Debtor.** | ) | Honorable Pamela S. Hollis |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF MARCY L. CARLIE**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $4,183.50 for 11.5 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from September 20, 2013, to the present. In addition, Q&B requests reimbursement for necessary costs in the amount of $15.80.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On June 17, 2013 (the "**Petition Date**"), Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was scheduled for August 7, 2013.

3. On July 1, 2013, Judge Donald R. Cassling recused himself from the case and on July 9, 2013, Judge Pamela S. Hollis was assigned.

4. On August 19, 2013, the 341 meeting was scheduled for September 4, 2013, and continued to October 2, 2013.

5.     On September 20, 2013, Trustee filed his Initial Report of Assets.

6.     On October 29, 2013, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to September 20, 2013.

7.     All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

### NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

8.     Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on September 20, 2013. Q&B has devoted its time to legal matters in this case, including the following:

#### A. EMPLOYMENT OF PROFESSIONAL PERSONS

9.     Q&B drafted and presented the motion to retain Q&B as Trustee's lead counsel, and Jordan LaClair of Parente & Norem, P.C., as special counsel (**"Special Counsel"**) to Trustee in the personal injury lawsuit, and prepared this motion for fees and costs. In connection with the foregoing, Q&B expended 2.7 hours (including 1 hour of estimated time to prepare and finalize the two fee applications and attend court regarding same) for which it requests compensation of $965.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Sarah K. Baker | .2 |
| Colleen A. Greer | 1.5 |

2

QB\36396177.1

## B. ASSETS

10. Debtor scheduled a personal injury matter that Trustee believed would benefit the bankruptcy estate and allow for a reasonable distribution to unsecured creditors.

11. Q&B communicated with Special Counsel and on Special Counsel's report that the personal injury matter would settle for $100,000.00, Trustee requested Q&B to prepare, file and attend the hearing on a settlement agreement. Q&B reviewed Special Counsel's report of medical liens and prepared a report of settlement was prepared and filed (Doc No. 40).

12. In connection with the foregoing, Q&B expended 8.8 hours for which it requests compensation of $3,218.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | 8.4 |
| Colleen Greer | .4 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

13. Since September 20, 2013, Q&B has devoted 11.5 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $4,183.50.

14. In addition, Q&B requests reimbursement for necessary costs in the amount of $15.80 for photocopying ($.10 per page) and Pacer research ($.40). Attached as **Exhibit B** is a breakdown of the costs.

15. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

16. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $4,183.50 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of actual and necessary costs of $15.80; and

C. For such other and further relief as this Court may deem equitable and just.

                                            Respectfully submitted,

                                            By:   /s/Philip V. Martino
                                                Trustee
                                            Philip V. Martino
                                            Sarah K. Baker
                                            QUARLES & BRADY LLP
                                            300 North LaSalle Street, Suite 4000
                                            Chicago, IL  60654
                                            (312) 715-5000

QB\36396177.1



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 2093293
Invoice Date: September 25, 2015

**Privileged & Confidential**

Philip V. Martino as Trustee for Marcy L. Carlie
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through September 24, 2015
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 153723.00003

| | |
|---|---|
| Current Fees: | $ 335.50 |
| Current Total Due: | $ 335.50 |
| **TOTAL AMOUNT DUE:** | **$ 335.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Marcy L. Carlie Marcy B. Carlie, Chapter 7 Bankruptcy
RE: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 153723.00003

September 25, 2015

Invoice Number: 2093293
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 07/11/13 | Prepare draft motion to retain Quarles & Brady as attorney for Trustee (.5); prepare draft motion to retain Parente & Norman as special counsel for Trustee (.5). | CGREER | 1.00 |
| 10/30/13 | Review retention orders. | SBAKER | 0.20 |
| 09/15/15 | Prepare draft of application for compensation for Q&B (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.20 | 365.00 | 73.00 |
| CGREER | Colleen A. Greer | 1.50 | 175.00 | 262.50 |
| Total | | 1.70 | | 335.50 |

Total Fees:  $  335.50



001 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2093292
Invoice Date:     September 25, 2015

Privileged & Confidential

Philip V. Martino as Trustee for Marcy L. Carlie
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through September 24, 2015
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 153723.00005

|   |   |
|---|---|
| Current Fees: | $       3,218.00 |
| Current Total Due: | $       3,218.00 |
| **TOTAL AMOUNT DUE:** | **$       3,218.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Marcy E. Carlile Marcy B. Carlie,     September 25, 2015
Chapter 7 Bankruptcy
RE: Assets Chapter 7 Bankruptcy     Invoice Number: 2093292
Q & B Matter Number: 153723.00005     Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 01/13/14 | Telephone call with J. LaClair regarding personal injury Complaint. | SBAKER | 0.10 |
| 01/13/14 | Draft e-mail to P. Martino regarding personal injury Complaint. | SBAKER | 0.10 |
| 04/27/15 | Begin draft of settlement motion. | SBAKER | 1.00 |
| 04/28/15 | Draft Settlement Agreement. | SBAKER | 4.00 |
| 04/28/15 | Draft Proposed Order on Settlement Agreement. | SBAKER | 1.00 |
| 04/29/15 | Finalize settlement motion and order and prepare for filing. | SBAKER | 0.50 |
| 05/12/15 | Attend hearing on Motion to Settlement Lawsuit. | SBAKER | 1.20 |
| 05/12/15 | Draft e-mail to J. LaClair regarding settlement order and release. | SBAKER | 0.10 |
| 05/13/15 | Review e-mails regarding medical liens. | SBAKER | 0.20 |
| 05/14/15 | Review e-mails form P. Martino and J. LaClair regarding medical liens. | SBAKER | 0.20 |
| 08/27/15 | Prepare Draft of Trustee's Report of Settlement (.4). | CGREER | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 8.40 | 374.76 | 3,148.00 |
| CGREER | Colleen A. Greer | 0.40 | 175.00 | 70.00 |
| Total | | 8.80 | | 3,218.00 |

    Total Fees:     $     3,218.00



001 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 2093290 |
| Invoice Date: | September 25, 2015 |

Privileged & Confidential

Philip V. Martino as Trustee for Marcy L. Carlie
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through September 24, 2015
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 153723.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 15.80 |
| Current Total Due: | $ | 15.80 |
| **TOTAL AMOUNT DUE:** | **$** | **15.80** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Marcy L. Carlile Marcy L. Carlile,  September 25, 2015
Chapter 7 Bankruptcy
RE: General/Costs Chapter 7 Bankruptcy  Invoice Number: 2093290
Q & B Matter Number: 153723.00006  Page 2

**DISBURSEMENTS:**

| | |
|---|---:|
| Copy charges | 15.40 |
| Pacer research charges | 0.40 |
| Total Disbursements: | $ 15.80 |
| Total Fees and Disbursements: | $ 15.80 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; since fiscal year 2014 his hourly billing rate has been $630.00.

**Sarah K. Baker** was an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2013 was $345.50; 2014 fiscal year is $365.00; and her hourly billing rate for 2015 was $375.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years. Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS** )
                             ) SS
**COUNTY OF COOK** )

    I, Philip V. Martino, on oath, state as follows:

    1.    I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

    2.    This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

    3.    In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

    4.    In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

    5.    In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

    6.    In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

    7.    In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

    8.    I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

    9.    I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\36396177.1                                                     EXHIBIT D

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

QB\36396177.1