PAMELA S. HOLLIS
## UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

In re: §  
 §
CARLI, MARCY L § Case No. 13-24876
 §
Debtor §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF THE BANKRUPTCY COURT
                219 SOUTH DEARBORN STREET,  ROOM 713
                CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/01/2015 in Courtroom 644,
           United States Bankruptcy Court
           219 South Dearborn
           Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/28/2015                By:  Clerk of the Bankruptcy Court
                                                                              Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
CARLI, MARCY L § Case No. 13-24876
§
_____Debtor_____ §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 81,585.39 |
| leaving a balance on hand of[1] | $ | 18,414.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 4,183.50 | $ 0.00 | $ 4,183.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 15.80 | $ 0.00 | $ 15.80 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 11,699.30 |
| Remaining Balance | $ 6,715.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,298.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,784.30 | $ 0.00 | $ 1,987.73 |
| 000002 | Discover Bank | $ 13,572.66 | $ 0.00 | $ 3,465.79 |
| 000003 | Quantum3 Group LLC as agent for | $ 455.28 | $ 0.00 | $ 116.25 |
| 000004 | Fed Loan Serv | $ 4,486.15 | $ 0.00 | $ 1,145.54 |

Total to be paid to timely general unsecured creditors     $     6,715.31

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                    Trustee

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 13-24876-PSH
Marcy L Carli                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales           Page 1 of 1              Date Rcvd: Oct 29, 2015
                               Form ID: pdf006           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2015.
```
db             #+Marcy L Carli,    2415 Leyden Avenue,    River Grove, IL 60171-1839
20616133       +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
20616140      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
20616134       +Celar Chiropractic,    4413 W. Roosevelt Road,    Suite 100,   Hillside, IL 60162-2057
20616135       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20616138        Elmhurst Emergency Med. Srvs.,    1165 Paysphere Circle,    Chicago, IL 60674-0011
20616139       +Elmhurst Memorial Healthcare,    P.O. Box 4052,    Carol Stream, IL 60197-4052
20616141       +Fashion Bug/soanb/WFNNB,    Wfnnb,   Po Box 182125,    Columbus, OH 43218-2125
20616142       +Fed Loan Serv,    Dept of Education,    Po Box 69184,   Harrisburg, PA 17106-9184
20616143        Illinois Laboratory Medicine Assoc.,    Po Box 5966,    Carol Stream, IL 60197-5966
20616144        Medical Business Bureau,    P.O. Box 1219,    Park Ridge, IL 60068-7219
20616146       +State Farm Financial S,    Po Box 2328,   Bloomington, IL 61702-2328
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21031763        E-mail/PDF: mrdiscen@discover.com Oct 30 2015 02:25:55      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
20616136       +E-mail/PDF: mrdiscen@discover.com Oct 30 2015 02:25:55      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
20616145        E-mail/Text: mmrgbk@miramedrg.com Oct 30 2015 00:41:24      Miramed Revenue Group LLC,
                 Dept 77304,   P.O. Box 77000,   Detroit, MI 48277-0304
21032688        E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2015 00:40:54
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Jordan LaClair
20616137*      +Discover Fin Svcs Llc,   Po Box 15316,    Wilmington, DE 19850-5316
                                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2015                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2015 at the address(es) listed below:
```
              Heather M Giannino    on behalf of Creditor    Selene Finance LP bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Ronald D Cummings    on behalf of Debtor Marcy L Carli bankruptcylawyer@sbcglobal.net,
               atty_cummings@bluestylus.com
              Sarah Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                             TOTAL: 5
```