PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARLI, MARCY L | § | Case No. 13-24876 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 175,100.00                Assets Exempt: 36,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 38,381.98       Claims Discharged
                                                  Without Payment: 34,322.53

Total Expenses of Administration: 46,618.02

---

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 85,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 255,480.00 | $ 31,666.67 | $ 31,666.67 | $ 31,666.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 46,618.02 | 46,618.02 | 46,618.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,777.45 | 26,298.39 | 26,298.39 | 6,715.31 |
| **TOTAL DISBURSEMENTS** | $ 297,257.45 | $ 104,583.08 | $ 104,583.08 | $ 85,000.00 |

    4) This case was originally filed under chapter 7 on 06/17/2013 . The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2015      By:/s/PHILIP V. MARTINO
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CLAIM FOR CAR ACCIDENT ON 5/7/2012 | 1149-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Marcy L. Carli | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 255,480.00 | NA | NA | 0.00 |
| | ALTHLETICO PHYSICAL THERAPY | 4220-000 | NA | 100.00 | 100.00 | 100.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BLUECROSS/BLUESHIELD | 4220-000 | NA | 4,446.94 | 4,446.94 | 4,446.94 |
| | CELAR CHIROPRACTIC | 4220-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| | ELMHURST MEMORIAL HOSPITAL | 4220-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| | OPTUM/UNITED HEALTHCARE | 4220-000 | NA | 22,619.73 | 22,619.73 | 22,619.73 |
| TOTAL SECURED CLAIMS | | | $ 255,480.00 | $ 31,666.67 | $ 31,666.67 | $ 31,666.67 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| QUARLES & BRADY LLP | 3110-000 | NA | 4,183.50 | 4,183.50 | 4,183.50 |
| QUARLES & BRADY LLP | 3120-000 | NA | 15.80 | 15.80 | 15.80 |
| JORDAN LACLAIR | 3210-000 | NA | 33,333.00 | 33,333.00 | 33,333.00 |
| CLERK OF THE CIRCUIT COURT | 3220-000 | NA | 361.00 | 361.00 | 361.00 |
| COOK COUNTY SHEREIFF | 3220-000 | NA | 60.00 | 60.00 | 60.00 |
| JENSEN LITIGATION SERVICES | 3220-000 | NA | 387.45 | 387.45 | 387.45 |
| MCCORKLE COURT REPORTER | 3220-000 | NA | 258.42 | 258.42 | 258.42 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEDICAL RECORDS | 3220-000 | NA | 503.85 | 503.85 | 503.85 |
| SECRETARY OF STATE | 3220-000 | NA | 5.00 | 5.00 | 5.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 46,618.02 | $ 46,618.02 | $ 46,618.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Celar Chiropractic 4413 W. Roosevelt Road Suite 100 Hillside, IL 60162 | | 320.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 5,235.00 | NA | NA | 0.00 |
| | Elmhurst Emergency Med. Srvs. 1165 Paysphere Circle Chicago, IL 60674-0011 | | 579.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Healthcare P.O. Box 4052 Carol Stream, IL 60197 | | 75.00 | NA | NA | 0.00 |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 1,493.00 | NA | NA | 0.00 |
| | Illinois Laboratory Medicine Assoc. PO Box 5966 Carol Stream, IL 60197-5966 | | 101.45 | NA | NA | 0.00 |
| | Medical Business Bureau P.O. Box 1219 Park Ridge, IL 60068-7219 | | 579.00 | NA | NA | 0.00 |
| | Miramed Revenue Group LLC Dept 77304 P.O. Box 77000 Detroit, MI 48277-0304 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Financial S Po Box 2328 Bloomington, IL 61702 | | 6,307.00 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | 7,784.00 | 7,784.30 | 7,784.30 | 1,987.73 |
| 000002 | DISCOVER BANK | 7100-000 | 14,840.00 | 13,572.66 | 13,572.66 | 3,465.79 |
| 000004 | FED LOAN SERV | 7100-000 | 3,982.00 | 4,486.15 | 4,486.15 | 1,145.54 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 432.00 | 455.28 | 455.28 | 116.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,777.45 | $ 26,298.39 | $ 26,298.39 | $ 6,715.31 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-24876 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | CARLI, MARCY L | | | Date Filed (f) or Converted (c): | 06/17/13 (f) |
| | | | | 341(a) Meeting Date: | 08/07/13 |
| For Period Ending: | 12/23/15 | | | Claims Bar Date: | 12/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 2415 LEYDEN AVENUE, RIVER GROVE IL 60171 | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. 50 % INTEREST IN LEYDEN CREDIT UNION | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. 50 INTEREST IN FURNITURE AND APPLIANCES | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. NECESSARY CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 5. PERSONAL INJURY CLAIM FOR CAR ACCIDENT ON 5/7/2012 | Unknown | 85,000.00 | | 100,000.00 | FA |
| 6. 04 GMC ENVOY | 4,500.00 | 0.00 | | 0.00 | FA |
| 7. 2001 FORD TAURUS (DRIVEN BY SON) | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 1998 MERCURY SABLE (DRIVEN BY SON) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 2000 FORD VAN E350 | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $196,800.00    $85,000.00        $100,000.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Zero bank balance on December 14, 2015. TDR to be submitted to U.S.T. with January bank statements.

Initial Projected Date of Final Report (TFR): 12/31/20    Current Projected Date of Final Report (TFR): 12/31/15

/s/    PHILIP V. MARTINO
_____ Date: 12/23/15
PHILIP V. MARTINO

LFORM1    Ver: 19.05a
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-24876 -PSH | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | CARLI, MARCY L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0034 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6027 | | |
| For Period Ending: | 12/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | BALANCE FORWARD | | | | 0.00 |
|---|---|---|---|---|---|---|---|
| C 08/26/15 | | Law Offices of Parente & Norem PC | Settlement payment | | 33,424.61 | | 33,424.61 |
| | 5 | LAW OFFICES OF PARENTE & NOREM, P.C | Memo Amount: 100,000.00 | 1149-000 | | | |
| | | | Gross Settlement Payment | | | | |
| | | JORDAN LACLAIR | Memo Amount: ( 33,333.00 ) | 3210-000 | | | |
| | | | Legal Fees for Special Counsel | | | | |
| | | CLERK OF THE CIRCUIT COURT | Memo Amount: ( 361.00 ) | 3220-000 | | | |
| | | | Filing Fee | | | | |
| | | COOK COUNTY SHEREIFF | Memo Amount: ( 60.00 ) | 3220-000 | | | |
| | | | Cook County Sheriff's Fee | | | | |
| | | SECRETARY OF STATE | Memo Amount: ( 5.00 ) | 3220-000 | | | |
| | | | Secretary of State Fee | | | | |
| | | MEDICAL RECORDS | Memo Amount: ( 503.85 ) | 3220-000 | | | |
| | | | Medical Records | | | | |
| | | JENSEN LITIGATION SERVICES | Memo Amount: ( 387.45 ) | 3220-000 | | | |
| | | | Jensen Litigation Services Costs | | | | |
| | | MCCORKLE COURT REPORTER | Memo Amount: ( 258.42 ) | 3220-000 | | | |
| | | | McCorkle Court Reporter Fees | | | | |
| | | ELMHURST MEMORIAL HOSPITAL | Memo Amount: ( 3,000.00 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | ALTHLETICO PHYSICAL THERAPY | Memo Amount: ( 100.00 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | OPTUM/UNITED HEALTHCARE | Memo Amount: ( 22,619.73 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | BLUECROSS/BLUESHIELD | Memo Amount: ( 4,446.94 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| | | CELAR CHIROPRACTIC | Memo Amount: ( 1,500.00 ) | 4220-000 | | | |
| | | | Medical Lien | | | | |
| C 09/01/15 | 005001 | Marcy L. Carli | Debtor's exemption | 8100-000 | | 15,000.00 | 18,424.61 |

Page Subtotals 33,424.61 15,000.00

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-24876 -PSH | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CARLI, MARCY L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0034 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6027 | | | |
| For Period Ending: | 12/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 18,414.61 |
| C  12/01/15 | 005002 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 7,500.00 | 10,914.61 |
| C  12/01/15 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 4,199.30 | 6,715.31 |
| | | | Fees         4,183.50 | 3110-000 | | | |
| | | | Expenses        15.80 | 3120-000 | | | |
| C  12/01/15 | 005004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 25.53512% | 7100-000 | | 1,987.73 | 4,727.58 |
| C  12/01/15 | 005005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 25.53508% | 7100-000 | | 3,465.79 | 1,261.79 |
| C  12/01/15 | 005006 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 25.53374%<br>(3-1) Unsecured Debt | 7100-000 | | 116.25 | 1,145.54 |
| C  12/01/15 | 005007 | Fed Loan Serv<br>Dept of Education<br>Po Box 69184<br>Harrisburg, PA 17106 | Claim 000004, Payment 25.53504% | 7100-000 | | 1,145.54 | 0.00 |

Page Subtotals    0.00    18,424.61

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-24876 -PSH | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | CARLI, MARCY L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0034  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6027 | | |
| For Period Ending: | 12/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
                    Memo Allocation Receipts:      100,000.00         COLUMN TOTALS                    33,424.61      33,424.61              0.00
                    Memo Allocation Disbursements:  66,575.39           Less: Bank Transfers/CD's           0.00           0.00
* Reversed                                                            Subtotal                         33,424.61      33,424.61
t Funds Transfer
                    Memo Allocation Net:            33,424.61           Less: Payments to Debtors                     15,000.00
C Bank Cleared
                                                                      Net                             33,424.61       18,424.61

                                                                                                                       NET            ACCOUNT
                    Total Allocation Receipts:     100,000.00         TOTAL - ALL ACCOUNTS           NET DEPOSITS   DISBURSEMENTS      BALANCE
                    Total Allocation Disbursements: 66,575.39         Checking Account (Non-Interest Earn - *******0034)    33,424.61       18,424.61           0.00
                                                                                                    -----------------    -----------------    -----------------
                    Total Memo Allocation Net:      33,424.61                                         33,424.61       18,424.61           0.00
                                                                                                    =============    =============    =============
                                                                                                    (Excludes Account  (Excludes Payments  Total Funds
                                                                                                     Transfers)         To Debtors)        On Hand
```

Page Subtotals     0.00        0.00

Ver: 19.05a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*